UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**LEXINGTON**

| | |
|---|---|
| PHILIP C. WEISS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 5:05-527-JMH |
| FUJISAWA PHARMACEUTICAL CO., et al., | ) **MEMORANDUM OPINION AND ORDER** |
| Defendants. | ) |

\*\*   \*\*   \*\*   \*\*   \*\*

Plaintiffs, Philip C. Weiss and Cassandra Weiss ("Plaintiffs"), and Defendants, Novartis AG and Novartis Pharma GmbH ("Foreign Novartis Defendants") and Astellas Pharma, Inc. ("API") (collectively referred to as "Foreign Defendants"), having jointly moved for entry of an order dismissing the Foreign Defendants without prejudice and upon certain agreed and stipulated conditions [Record No. 134], **IT IS ORDERED THAT:**

(1) The parties' joint motion to dismiss [Record No. 134] be, and the same hereby is, **GRANTED;**

(2) The motions to dismiss filed by the Foreign Defendants [Record Nos. 85, 86, 87, and 90] be, and the same hereby are, **DENIED AS MOOT;**

(3) The Foreign Defendants are dismissed from this action without prejudice;

(4) Following dismissal, Foreign Defendants will preserve documents under the Federal Rules of Civil Procedure and applicable

case law as if they remained parties to the case;

(5) Following dismissal, to the extent Plaintiffs seek discovery from Foreign Defendants, such discovery will be served on Foreign Defendants through counsel, and Foreign Defendants will respond to such discovery as if they were still parties in accordance with the Federal Rules of Civil Procedure.  To the extent Foreign Defendants contend that applicable foreign law impacts discovery in this action, Foreign Defendants shall have the right to raise such objection to the same extent that a party to this proceeding could.  Depositions, if any, of Foreign Defendants will be conducted at a location agreed to among the parties.  In the event the parties are unable to agree to a location for such deposition, the issue may be presented to the Court.  Foreign Defendants agree not to assert an objection to Plaintiffs' request for discovery of documents and/or witnesses on grounds that Foreign Defendants are not named as defendants in the case.  However, Foreign Defendants reserve all other objections to any discovery served, including, but not limited to, objections on the grounds of relevance and undue burden and expense.  Nothing herein shall preclude either (a) Plaintiffs seeking discovery from Foreign Defendants through requests directed to Astellas Pharma US, Inc. and Novartis Pharmaceuticals Corporation, or (b) those defendants asserting any objections they may have to such requests.

(6) Plaintiffs have the right to seek to re-join Foreign

Defendants to the instant action, provided such effort take place no later than 60 days before the deadline for Defendants to disclose expert witnesses. Further, should Plaintiffs seek to re-join Foreign Defendants, Foreign Defendants agree that, in this case only, Plaintiffs need only serve counsel for Foreign Defendants with a copy of the "as filed" complaint or applicable papers, via certified mail or overnight courier, and that service on Foreign Defendants' counsel shall be deemed service in conformance with Fed. R. Civ. Proc. 4. Should Plaintiffs seek to re-join any of these Foreign Defendants, any statute of limitation defense available to any of the Foreign Defendants that exists at the time of dismissal is preserved, and all other objections and defenses (other than as set out herein) are reserved. During the pendency of this action, and prior to any re-joinder of Foreign Defendants, if ever, in accordance with this paragraph, all applicable statutes of limitation with respect to claims in this action against Foreign Defendants are tolled;

    (7) This agreed Order shall not be construed as indicating the propriety of Foreign Defendants being named parties to this case. Further, if discovery disputes are presented to the Court or if the Foreign Defendants participate in discovery, such disputes or participation will not subject Foreign Defendants to the personal jurisdiction of the Court, or operate as a waiver of Foreign Defendants' jurisdiction defenses, and Plaintiffs agree not

to argue to the Court anything to the contrary; and

(8) Documents or witness testimony from the Foreign Defendants, if any, will be treated as if the Foreign Defendants are still parties to the action. However, Astellas Pharma US, Inc. and Novartis Pharmaceuticals Corporation reserve the right to object to the admissibility of such documents and testimony as to them, other than on the basis that such documents and testimony are not statements of a party. The parties to the case and Foreign Defendants will confer at the close of fact discovery to determine whether any documents or testimony raise any issue that would necessitate the rejoinder of any Foreign Defendants.

This the 9th day of November, 2006.



Signed By:
*Joseph M. Hood*
United States District Judge